HAROLD F. KEMP et al., on Behalf of Themselves and All Others Equally Interested, Respondents, *v.* SOPHIE RUBIN et al., Appellants.

Argued June 8, 1948; decided July 16, 1948.

*Paul R. Silverstein* and *Irving L. Schuh* for Sophie Rubin, appellant.

*Andrew D. Weinberger* and *Vertner W. Tandy, Jr.,* for Samuel Richardson, appellant.

*Frederick W. Newton* for respondents.

*Newman Levy, Jacob Schaum, Will Maslow, Shad Polier, Jacob I. Grumet* and *Bertram Diamond* for American Jewish Committee, American Jewish Congress and Anti-Defamation League of B'nai B'rith, *amici curiæ,* in support of appellants' position.

Judgments reversed and complaint dismissed, with costs in all courts. (See *Shelley* v. *Kraemer,* and *McGhee* v. *Sipes,* 334 U. S. 1.) No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, DESMOND, THACHER, DYE and FULD, JJ. Taking no part: CONWAY, J.